McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and WILLIAM RYDER, Revenue Agent, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>ALLEN S. TURNER,<br><br>    Respondent. | 2:06-mc-00004-FCD-PAN (JFM)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: Allen S. Turner |

The United States and Revenue Officer William Ryder here petition for enforcement of an IRS summons.  The matter was placed before the duty United States Magistrate Judge under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.  On February 2, 2006, Judge Nowinski issued an Order to Show Cause, ordering the respondent, Allen S. Turner, to show cause why the IRS summons issued to him on January 27, 2005, should not be enforced.  The petition and order to show cause were duly served on the respondent.  Respondent filed no opposition to enforcement in conformity with paragraph 6 on page 2 of the Order to Show Cause.  Judge Moulds presided at the hearing on April 13, 2006, with all parties present.  On April 19, 2006, Judge Moulds filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summonses be enforced.

Neither side filed Objections to Magistrate Judge's Findings and Recommendations in conformity with the final paragraph thereof.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, and am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted.  Accordingly, it is hereby ORDERED as follows:

1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed April 19, 2006, are ADOPTED IN FULL.

2.  The summons issued to respondent, Allen S. Turner, is ENFORCED.

3.  Respondent, Allen S. Turner, is ORDERED to appear at I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer William Ryder or his designated representative, on Thursday, May 18, 2006, at 11:00 a.m. or at an alternate time and date to be set by Revenue Officer Ryder, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

DATED: May 15, 2006              /s/ Frank C. Damrell Jr.
                                 UNITED STATES DISTRICT JUDGE